# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 18, 2022

Lyle W. Cayce
Clerk

———————

No. 21-60766

———————

WAGES AND WHITE LION INVESTMENTS, L.L.C., *doing business as* TRITON DISTRIBUTION,

*Petitioner,*

*versus*

FOOD & DRUG ADMINISTRATION,

*Respondent,*

—————————————————————

Petition for Review  of an Order of the
Food and Drug Administration
Agency No. 21 USC 3871

—————————————————————

Before JONES,  HAYNES, and COSTA, *Circuit Judges.*

### J U D G M E N T

This cause was considered on the petition of Wages and White Lion Investments, L.L.C., doing business as Triton Distribution for review of an order of the Food and Drug Administration and was argued by counsel.

IT IS ORDERED and ADJUDGED that the petition for review is DENIED.

No. 21-60766

IT IS FURTHER ORDERED that petitioner pay to respondent the costs on appeal to be taxed by the Clerk of this Court.

EDITH H. JONES, *Circuit Judge*, dissenting.