

U.S. Department of Justice

Civil Division, Appellate Staff
950 Pennsylvania Ave., NW
Washington, DC 20530

---

Tel: (202) 616-5372

October 11, 2023

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

      Re:    *Wages and White Lion Investments, L.L.C., doing business as Triton Distribution v. Food & Drug Administration*, Nos. 21-60766, 21-60800 (argued en banc May 16, 2023)

Dear Mr. Cayce:

      Pursuant to Rule 28(j), we write to inform the Court of the Supreme Court's denial of certiorari in *Avail Vapor, LLC v. FDA*, 55 F.4th 409 (4th Cir. 2022). The petitioners in that case challenged FDA's denial of marketing authorization for certain flavored e-liquids, raising the same arguments presented here. After full briefing and oral argument, a unanimous panel of the Fourth Circuit upheld FDA's denial order in a published opinion, "join[ing] the majority of [its] sister circuits in finding that FDA neither changed the standard nor the types of evidence required" to support a marketing application. *Id.* at 422. The court of appeals explained that its "review of the record shows that FDA did not reject Avail's application because it failed to include certain long-term studies, but rather due to a lack of *any* 'valid scientific evidence' substantial enough to outweigh the known risks to youth of flavored products." *Id.* The court also rejected the petitioners' argument that FDA acted arbitrarily and capriciously in not considering their marketing plan, concluding that FDA reasonably determined that the petitioners could not show that their products satisfied the applicable statutory standard, and that "no marketing plan could rectify that baseline infirmity." *Id.* at 425. The court held in the alternative that any error in not considering the marketing plan was harmless because the petitioners failed to propose any marketing or access restrictions beyond those that FDA had "previously determined were not working." *Id.* at 426. The Supreme Court denied the petition for certiorari on October 10, 2023. *Avail Vapor, LLC v. FDA*, No. 22-1112 (Oct. 10, 2023).

                                                                                Sincerely,

                                                                                /s/ Lindsey Powell
                                                                                LINDSEY POWELL

cc:      All counsel by ECF

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2023, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Lindsey Powell
LINDSEY POWELL