# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 10, 2025

Ms. Lindsey E. Powell
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

    No. 21-60766, Consolidated with 21-60800
                Wages and White Lion Invest v. FDA
                Agency No. 21 USC 3871
                Agency No. PM0003531

Dear Ms. Powell,

Respondent missed yesterday's court directive deadline. The Court directs Respondent to respond and file a supplemental letter brief by no later than 5 pm Monday, July 14, 2025.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

cc:
    Mr. Anthony Abboud
    Mr. Austin Paganelli Anderson
    Ms. Mary G. Bielaska
    Ms. Leane K. Capps
    Ms. Courtney Dixon
    Mr. Noel John Francisco
    Mr. James Christopher Fraser
    Mr. Eric Heyer
    Mr. Anthony J. Hornbach
    Mr. Noah T. Katzen
    Ms. Alisa Beth Klein
    Mr. Scott P. Lewis
    Mr. Michael D. Matthews, Jr.
    Mrs. Hilary Keith Perkins
    Mr. Joseph Andrew Smith
    Mr. J. Gregory Troutman