# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| WAGES AND WHITE LION INVESTMENTS, L.L.C., doing business as TRITON DISTRIBUTION<br><br>*Petitioner,*<br><br>*v.*<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>*Respondent.* | No. 21-60766<br>(consolidated with<br>No. 21-60800) |

## JOINT STATUS REPORT

The parties file this status report pursuant to the Court's July 31, 2025, order. The parties respectfully request that the Court continue to hold these proceedings in abeyance pending further agency review. The parties propose filing a further status report in 60 days, on January 30, 2026, or within 7 days of the agency notifying petitioners of the outcome of the agency's review, whichever is sooner.

## DISCUSSION

1. The Family Smoking Prevention and Tobacco Control Act (TCA) instructs that FDA "shall deny" a manufacturer's application to market a new tobacco product if the agency finds a "lack of a showing that permitting

such tobacco product to be marketed would be appropriate for the protection of the public health." 21 U.S.C. § 387j(c)(2). In applying that standard, FDA must evaluate "the risks and benefits to the population as a whole," taking into account both the "likelihood that those who do not use tobacco products will start using such products" and the "likelihood that existing users of tobacco products will stop." *Id.* § 387j(c)(4).

FDA denied petitioners' applications to market non-tobacco-flavored e-cigarette products, concluding that petitioners had not demonstrated that marketing these products would be appropriate for the protection of the public health. In reaching that conclusion, FDA did not address the specifics of the marketing plans that petitioners proposed in their applications as a means of reducing youth use.

2. To address the marketing-plan issue, FDA is voluntarily reviewing the specifics of the marketing plans proposed in petitioners' applications. The marketing denial orders are administratively stayed pending this further review. That review remains ongoing.

3. On July 23, 2025, this Court stayed these proceedings pending further agency review. On July 31, 2025, this Court directed the parties to file joint status reports every 60 days. The next joint status update is due today.


4. The agency's review remains ongoing. The parties propose filing a further status report in 60 days, on January 30, 2026, or within 7 days of the agency notifying petitioners of the outcome of the agency's review, whichever is sooner.

## CONCLUSION

For the foregoing reasons, the parties request that these proceedings continue to be held in abeyance pending the agency's review.

Respectfully submitted,

*/s/ Eric Heyer*
ERIC N. HEYER
JOSEPH A. SMITH
JAMES C. FRASER
Thompson Hine LLP
1919 M. Street, N.W., Suite 700
Washington, D.C. 20036
(202) 331-8800

JOSHUA M. KOPPEL
*/s/ Ben Lewis*
BEN LEWIS
Attorneys, Appellate Staff
Civil Division, Room 7250
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-2494
benjamin.r.lewis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ Ben Lewis
Ben Lewis

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Georgia 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 368 words, according to the word count of Microsoft Word.

/s/ Ben Lewis
Ben Lewis