# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| WAGES AND WHITE LION INVESTMENTS, L.L.C. *doing business as* TRITON DISTRIBUTION,<br><br>Petitioner,<br><br>v.<br><br>FOOD & DRUG ADMINISTRATION,<br><br>Respondent. | No. 21-60766<br>(consolidated with No. 21-60800) |

## STATUS REPORT

Petitioners Wages & White Lion Investments, LLC d/b/a Triton Distribution and Vapetasia LLC respectfully submit this response to Respondent FDA's status report filed on December 15, 2025 (ECF No. 417). Petitioners agree with FDA's proposal that by January 12, 2026, the parties confer regarding the remaining issues necessitating merits briefing and review and then inform the Court in a joint filing setting forth their respective views on whether this petition should proceed for further briefing.

Dated: December 18, 2025    Respectfully submitted,

                                          THOMPSON HINE LLP

                                      By:    /s/ Eric N. Heyer
                                              Eric N. Heyer

Joseph A. Smith  
James Fraser  
1919 M Street, NW, Suite 700  
Washington, DC 20036  
Phone: 202.331.8800  
Fax: 202.331.8330  
Eric.Heyer@ThompsonHine.com  
Joe.Smith@ThompsonHine.com  
James.Fraser@ThompsonHine.com  

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, a true and correct copy of the foregoing was filed with the Clerk's Office for the United States Court of Appeals for the Fifth Circuit using the Court's ECM/ECF system and thereby electronically served on all counsel of record.

                                          /s/ Eric N. Heyer
                                        Eric N. Heyer