# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 02, 2026

Ms. Courtney Dixon
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. James Christopher Fraser
Thompson Hine, L.L.P.
2049 Century Park E
Suite 700
Washington, DC 20036-3537

Mr. Eric Heyer
Thompson Hine, L.L.P.
2049 Century Park E
Washington, DC 20036-3537

Mr. Anthony J. Hornbach
Thompson Hine, L.L.P.
312 Walnut Street
Suite 2000
Cincinnati, OH 45202-4089

Mr. Noah T. Katzen
U.S. Department of Justice
Civil Division
450 5th Street, N.W.
Liberty Square Building
Washington, DC 20530

Ms. Alisa Beth Klein
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Joshua Koppel
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Benjamin Lewis
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


Mrs. Hilary Keith Perkins
U.S. Department of Justice
Civil Division
450 5th Street, N.W.
Liberty Square Building
Washington, DC 20530


Mr. Mark Raza
U.S. Food and Drug Administration
Food and Drug Division, OGC
10903 New Hampshire Avenue
White Oak 31
Silver Spring, MD 20993-0002


Mr. Joseph Andrew Smith
Thompson Hine, L.L.P.
2049 Century Park E
Suite 700
Washington, DC 20036-3537


Ms. Wendy S. Vicente
U.S. Food and Drug Administration
Food and Drug Division, OGC
10903 New Hampshire Avenue
White Oak 31
Silver Spring, MD 20993-0002


        Consolidated Nos. 21-60766 and 21-60800
        Wages and White Lion Invest v. FDA
        Nos. 21 USC 3871 and PM0003531


Dear Counsel:

The court is requesting the parties file supplemental briefs in
this case. Please adhere to the following supplemental briefing
schedule:

Petitioners' brief due February 27, 2026; Respondent's brief due
March 24, 2026; and Petitioners' reply brief due April 8, 2026.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Mr. Anthony Abboud
    Mr. Austin Paganelli Anderson
    Ms. Mary G. Bielaska
    Ms. Leane K. Capps
    Mr. Noel John Francisco
    Mr. Scott P. Lewis
    Mr. Michael D. Matthews Jr.
    Mr. J. Gregory Troutman