# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 14, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-60766,   Consolidated with 21-60800
                    Wages and White Lion Invest v. FDA
                    Agency No. 21 USC 3871
                    Agency No. PM0003531


Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Dantrell L. Johnson, Deputy Clerk
                    504-310-7689

Mr. Anthony Abboud
Mr. Austin Paganelli Anderson
Ms. Mary G. Bielaska
Ms. Leane K. Capps
Ms. Courtney Dixon
Mr. Noel John Francisco
Mr. James Christopher Fraser
Mr. Eric Heyer
Mr. Anthony J. Hornbach
Mr. Noah T. Katzen
Ms. Alisa Beth Klein
Mr. Joshua Koppel
Mr. Benjamin Lewis
Mr. Scott P. Lewis
Mr. Michael D. Matthews, Jr.
Mrs. Hilary Keith Perkins
Mr. Mark Raza
Mr. Joseph Andrew Smith
Mr. J. Gregory Troutman
Ms. Wendy S. Vicente