# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 14, 2026

Lyle W. Cayce
Clerk

_____

No. 21-60766

_____

WAGES AND WHITE LION INVESTMENTS, L.L.C., *doing business as* TRITON DISTRIBUTION,

*Petitioner,*

*versus*

FOOD & DRUG ADMINISTRATION,

*Respondent,*

CONSOLIDATED WITH

_____

No. 21-60800

_____

WAGES AND WHITE LION INVESTMENTS, L.L.C., *doing business as* TRITON DISTRIBUTION; VAPETASIA, L.L.C.,

*Petitioners,*

*versus*

FOOD & DRUG ADMINISTRATION,

*Respondent.*

_____

Petitions for Review of Orders of
the Food & Drug Administration
Agency Nos. 21 USC 3871, PM0003531

_____

PUBLISHED ORDER

Before ELROD, *Chief Judge*, and JONES, SMITH, STEWART, RICHMAN, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON, DOUGLAS, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the consolidated cases 21-60766, *Wages and White Lion Invs., L.L.C. v. Food & Drug Administration*, and 21-60800, *Wages and White Lion Invs., L.L.C. v. Food & Drug Administration*, are returned to the panel.